UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
October 22, 2025
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DAVID FLORES-COBARUBIA<br><br>Defendant. | Case No. 2:25-mj-0146 SCR<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release DAVID FLORES-COBARUBIA Case No. <u>2:25-mj-0146 SCR</u> Charges <u>8 USC § 1326</u> from custody for the following reasons:

<u>  X  </u>   Release on Personal Recognizance

_____   Bail Posted in the Sum of $ _____

   _____   Unsecured Appearance Bond $ _____

   _____   Appearance Bond with 10% Deposit

   _____   Appearance Bond with Surety

   _____   Corporate Surety Bail Bond

   _____   (Other): <u>Released FORTHWITH on conditions.</u>

Issued at Sacramento, California on October 22, 2025 at 2:15 PM


By:   /s/ Carolyn K. Delaney

Chief Magistrate Judge Carolyn K. Delaney