ERIC GRANT
United States Attorney
NCHEKUBE ONYIMA
Special Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:25-MJ-00146-SCR |
| Plaintiff, | [~~PROPOSED~~] ORDER FOR DISMISSAL OF COMPLAINT |
| v. | [Fed. R. Crim. P. 48(a)] |
| DAVID FLORES-COBARUBIA, | |
| Defendant. | |

**[~~PROPOSED~~] ORDER**

The court hereby orders the complaint in case number 2:25-mj-00146-SCR, filed on October 20, 2025, be DISMISSED without prejudice.

IT IS SO ORDERED.

DATED: November 3, 2025

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

1